Entered on Docket
August 26, 2016
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| 1 | CHRISTINA O, #266845 |
| | DANE W. EXNOWSKI, #281996 |
| 2 | MALCOLM ♦ CISNEROS, |
| | A Law Corporation |
| 3 | 2112 Business Center Drive, |
| | Second Floor |
| 4 | Irvine, California 92612 |
| 5 | (949) 252-9400 (TELEPHONE) |
| | (949) 252-1032 (FACSIMILE) |
| 6 | Email: christinao@mclaw.org |
| 7 | |
| | Attorneys for Movant |

Signed and Filed: August 26, 2016

**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

In re

Maximino Rodriguez and Maria Evelia Rodriguez,

        Debtors.

Bankruptcy Case No. 14-52923

RS No. CJO-624

Chapter 13

**ORDER TERMINATING AUTOMATIC STAY**

<u>HEARING DATE</u>:
DATE: August 18, 2016
TIME: 1:00 PM
CTRM: 19

      A Motion For Relief From The Automatic Stay was noticed in the within matter and filed by Bank of America, N.A ("Movant"). Said Motion was heard before the Honorable Hannah L. Blumenstiel, United States Bankruptcy Judge on August 18, 2016.

      The Court having read the various pleadings, documents and proceedings herein and proper service having been made, and having found cause to terminate the automatic stay herein, hereby makes its Order as follows:

      IT IS HEREBY ORDERED that in regard to the real property located at **1074**

**Partridge Way, Salinas, CA 93905** the automatic stay is terminated in its entirety and in all respect as to Movant. The 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

** END OF ORDER **

COURT SERVICE LIST